IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEVELOPMENTAL SERVICES OF NEBRASKA, | ) ) ) | 4:04CV3272 |
| Plaintiff, | ) ) | |
| | ) | **ORDER** |
| vs. | ) ) | |
| CITY OF LINCOLN, and DENNIS HOHBEIN, as Fire Marshal of the State of Nebraska, in his official capacity only, | ) ) ) ) ) | |
| Defendants. | ) | |

    IT IS ORDERED that Defendant City of Lincoln's motion for enlargement of time (filing 63) is granted, as follows:

    Defendant shall have until June 13, 2005, to respond to Plaintiff's pending motion (filing 60).

DATED: May 27, 2005.                    BY THE COURT:

                                                           s/ Richard G. Kopf
                                                           United States District Judge