```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| DEVELOPMENTAL SERVICES OF NEBRASKA, INC., | ) ) ) | |
| Plaintiff, | ) ) | 4:04CV3272 |
| v. | ) ) ) | |
| CITY OF LINCOLN and DENNIS HOHBEIN, as Fire Marshal of the State of Nebraska, | ) ) ) ) | ORDER |
| Defendants. | ) | |

IT IS ORDERED:

The parties' motion to extend deadlines, filing 71, is granted and,

1. Non-jury trial is continued to 9:00 a.m., March 27, 2006 for a duration of five days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

2. The pretrial conference will be held February 16, 2006 at 10:00 a.m. before the undersigned magistrate judge.

3. The deposition deadline is continued to February 2, 2006 and other deadlines which use the deposition deadline as a point of reference are extended accordingly.

4. All other provisions of the court's order setting this case for trial shall remain in effect.

5. Counsel shall confer and report to the undersigned within ten days, as previously required by paragraph 18 of the superseding scheduling order, filing 64.

DATED this 18th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge