IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| Developmental Services of Nebraska, Inc., | ) ) ) | |
| Plaintiff, | ) ) | 4:04CV3272 |
| v. | ) ) | |
| City of Lincoln, Nebraska; and Dennis Hohbein, as Fire Marshal of the State of Nebraska, | ) ) ) ) ) | ORDER |
| Defendants. | ) | |

IT IS ORDERED:

1. Plaintiff's motion for leave to file amended complaint, filing 75, is granted and the amended complaint shall be filed within ten days.

2. The parties' joint motion for continuance, filing 76, is granted and the progression order is amended as follows:

> a. Non-jury trial is continued to June 26, 2006 at 9:00 a.m., for a duration of five trial before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week.
>
> b. The pretrial conference will be held June 6, 2006 at 11:00 a.m. before the undersigned magistrate judge.
>
> c. The deposition deadline is continued to May 30, 2006 and other deadlines which use the deposition deadline as a point of reference are extended accordingly.
>
> d. All other provisions of the court's order setting this case for trial shall remain in effect.

DATED this 4th day of January, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge