IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEVELOPMENTAL SERVICES OF NEBRASKA, INC., | ) ) ) | 4:04CV3272 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER** |
| CITY OF LINCOLN, et al., | ) ) | |
| Defendants. | ) ) ) | |

IT IS ORDERED that Plaintiff's motion for an enlargement of time (filing 92) is granted, as follows:

Plaintiff shall have until April 17, 2006, to respond to Defendant City of Lincoln's motion for partial summary judgment (filing 89).

March 27, 2006.                    BY THE COURT:

                                   s/ *Richard G. Kopf*
                                   United States District Judge