```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| DEVELOPMENTAL SERVICES OF NEBRASKA, INC., | ) ) ) | |
| Plaintiff, | ) ) | 4:04CV3272 |
| v. | ) ) | |
| CITY OF LINCOLN, Nebraska, et al., | ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

The parties' motion to extend deadlines, filing 96, is granted in part, and:

1. Non-jury trial is continued to 9:00 a.m., July 31, 2006, for a duration of five days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week as well as <u>Kruse v. Pegler</u>, 4:05cv3244.

2.  The pretrial conference will be held June 29, 2006 at 10:00 a.m. before the undersigned magistrate judge.

3.  The deposition deadline is continued to June 16, 2006, and other deadlines which use the deposition deadline as a point of reference are extended accordingly.

4.  All other provisions of the court's order setting this case for trial shall remain in effect.

DATED this 11th day of April, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge