IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEVELOPMENTAL SERVICES OF NEBRASKA, INC., | ) ) ) | |
| Plaintiff, | ) ) | 4:04CV3272 |
| v. | ) ) | |
| CITY OF LINCOLN, Nebraska, et al., | ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint, filing 100, is granted and the second amended complaint shall be filed forthwith.

DATED April 26, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge