IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DEVELOPMENTAL SERVICES OF        )
NEBRASKA,                        )
                                 )
              Plaintiff,         )              4:04CV3272
                                 )
          v.                     )
                                 )
CITY OF LINCOLN, and DENNIS      )              ORDER
HOHBEIN,                         )
                                 )
              Defendants.        )
                                 )

    The defendants' unopposed motion to extend the deadline for
filing a motion for summary judgment, filing 110, is granted.
Motions for summary judgment shall be filed on or before June 16,
2006.

    DATED this 3rd day of May, 2006.

                           BY THE COURT:

                           s/ David L. Piester
                           David L. Piester
                           United States Magistrate Judge