IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEVELOPMENTAL SERVICES OF NEBRASKA, INC., | ) ) ) | |
| Plaintiff, | ) ) | 4:04CV3272 |
| v. | ) ) | |
| CITY OF LINCOLN, NEBRASKA; and DENNIS HOHBEIN, as Fire Marshal of the State of Nebraska, | ) ) ) ) ) | ORDER |
| Defendants. | ) | |

IT IS ORDERED:

Plaintiff's unopposed motion for extension of deadline, filing 122, is granted and plaintiff is given to May 24, 2006 to file its disclosure of non-expert witnesses.

DATED this 18th day of May, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge