```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| DEVELOPMENTAL SERVICES OF NEBRASKA, | ) ) ) | |
| Plaintiff, | ) ) | 4:04CV3272 |
| v. | ) ) ) | |
| CITY OF LINCOLN and DENNIS HOHBEIN, | ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

The unopposed oral motion of plaintiff is granted and the pretrial conference is continued from June 29 to July 5, 2006 at 11:00 a.m.

DATED this 13th day of June, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge