```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| DEVELOPMENTAL SERVICES OF NEBRASKA, | ) ) ) | |
| Plaintiff, | ) ) | 4:04CV3272 |
| v. | ) ) ) | |
| CITY OF LINCOLN and DENNIS HOHBEIN, | ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

The parties' joint motion to stay, filing 156, is granted and this matter is stayed for a period of thirty days to allow the parties time to finalize terms of their proposed settlement decree.

DATED this 12th day of July, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge