```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| DEVELOPMENTAL SERVICES OF NEBRASKA, | ) ) ) | |
| Plaintiff, | ) ) | 4:04CV3272 |
| v. | ) ) ) | |
| CITY OF LINCOLN, and DENNIS HOHBEIN, | ) ) ) | ORDER |
| Defendants. | ) ) | |

The parties have advised that they are making continuing efforts toward finalizing the details of their settlement. However, they have jointly and orally moved the court to stay this case for an additional thirty days.

IT THEREFORE HEREBY IS ORDERED:

1. The parties' joint oral motion to stay is granted, and this matter is stayed until September 25, 2006 to allow the parties time to finalize terms of their proposed settlement decree.

2. On or before September 25, 2006, the parties shall either file a joint stipulation for dismissal of this case, or advise the court that a new case progression order must be entered and the case set for trial.

DATED this 25th day of August, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge