IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEVELOPMENTAL SERVICES OF NEBRASKA, | ) ) | Case No. 4:04CV3272 |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER TO WITHDRAW EXHIBITS |
| CITY OF LINCOLN, et al., | ) ) | |
| Defendants. | ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for parties are ordered to withdraw the CDs of exhibits previously submitted in this matter within 15 calendar days of the date of this order:

> Exhibit number(s): CDs of trial exhibits
>
> Hearing type(s): Trial
>
> Date of hearing(s): 2/5/07 through 2/9/07

If counsel fail to withdraw these CDs of exhibits as ordered, counsel will be ordered to show cause why sanctions should not be imposed.

IT IS SO ORDERED.

DATED this 17th day of July, 2007.

s/ *Richard G. Kopf*
United States District Judge